# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
LITTLETHINGS, Inc.,                      :   No: 1:17-cv-04905-PAE
                    Plaintiff,           :
                                         :
            -against-                    :   ECF Case
                                         :
CHRISTOPHER B. BRIDGES,                  :   NOTICE OF MOTION FOR
                    Defendant.           :   PARTIAL DISMISSAL
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**PLEASE TAKE NOTICE** that Defendant Christopher B. Bridges, upon the accompanying Memorandum of Law and the verifying declaration of Christopher P. Beall, as well as all prior pleadings and proceedings herein, by his undersigned attorneys, respectfully moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York , NY 10007, for an Order dismissing those claims in the Complaint (Doc. No. 1, June 29, 2017) of Plaintiff LittleThings, Inc., which arise from other than the Copyright Act, Title 17, that is, Counts Three through Eight of the Complaint, encompassing the plaintiff's state-law causes of action and the plaintiff's causes of action arising under the Lanham Act, Title 15, on the grounds that such claims are preempted or rendered non-viable as a result of the Copyright Act.  These putative causes of action in the Complaint fail to state a claim upon which relief may be granted as a matter of law, and should therefore be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the face of the pleadings.

Pursuant to Local Civil Rule 6.1(b), unless otherwise ordered by the Court, answering papers shall be due on September 8, 2017, any reply papers shall be due within seven days of service of the answering papers, and any oral argument as the Court may deem appropriate will be set upon the Court's notice.

Dated: August 25, 2017  Respectfully submitted,
New York City, New York

FOX ROTHSCHILD LLP

By:  /s Christopher P. Beall
  Christopher P. Beall
101 Park Avenue, 17th Floor
New York, NY 10178
Tel. (646) 601-7635
Fax. (212) 692-0940
cbeall@foxrothschild.com

*Counsel for Defendant Christopher B. Bridges*

## CERTIFICATE OF SERVICE

I hereby certify that on this  25th  day of  August, 2017, a true and correct copy of the foregoing **NOTICE OF MOTION FOR PARTIAL DISMISSAL** was filed with the Court through the ECF system, which generates an electronic notice of service by email delivery to all counsel of record.

                             *s/ Christopher P. Beall*
                             Christopher P. Beall