*Littlethings, Inc., v. Christopher B. Bridges*

Case No. 17-cv-04905-PAE

VERIFYING DECLARATION OF CHRISTOPHER P. BEALL IN SUPPORT OF
DEFENDANTS' MOTION FOR PARTIAL DISMISSAL

# EXHIBIT 1



*https://www.littlethings.com/boob-sweat/*
(downloaded on Aug. 21, 2017)

*Thumbnail: Flickr / Flickr*



Is Boob Sweat Normal?



Laura Caseley for LittleThings

Boob sweat is completely normal. Almost all of us experience boob sweat at some point. And the bigger the boobs, the more sweat there is.

2

The problem with boob sweat is not just the annoying half circles that appear on your bra and shirt — the problem is the chafing, rashes, and icky smell.

How Can I Get Rid Of Boob Sweat?



Laura Caseley for LittleThings

Although sweat is definitely annoying (and sometimes painful and smelly), it's nothing to get too upset about.

There are lots of simple solutions for dealing with boob sweat.

3



Boob Sweat Solution #1: Apply Deodorant

Laura Caseley for LittleThings

Putting deodorant under and around your breasts might seem silly, but antiperspirants are meant to stop sweat wherever it may be on your body.

Next time you put deodorant on your underarms, go ahead and swipe a little beneath your boobs as well.

4



Boob Sweat Solution #3: Grab A Pad



Laura Caseley for LittleThings

This might sound the craziest of all, but putting pantyliners or pads in your bra can help soak up the sweat that might build up in the bottom of your bra.

While some girls swear by putting tissues in their bras to deal with boob sweat, *Cosmopolitan* explains that pantyliners are more discreet and stay in place.

## Boob Sweat Solution #4: Use Argan Oil



Laura Caseley for LittleThings

One *Bustle* writer swears by using argan oil to relieve her boob sweat. She didn't believe it would work at first, but she was stunned with the results when she tried it.

Using a few drops of the oil, she spread it under her boobs and in her cleavage.

The itchiness and irritation she had been feeling from the sweat was instantly calmed, and over the next few days she realized that the sweat, smell, and rashes were all gone.



**Boob Sweat Solution #5: Try Foot Cream**

Laura Caseley for LittleThings

This is another one I never would have considered on my own, but foot cream actually really makes sense to use for boob sweat.

Foot creams, which are typically used for athlete's foot, keep the fungi and yeast to a minimum, which helps relieve itchiness and irritation, explains Vita Dermatology and Laser Institute.

Boob Sweat Solution #6: Swap To A Summer Bra



Laura Caseley for LittleThings

You might already do this without thinking about it, but switching to a "summer bra" can greatly impact the amount of boob sweat you have to deal with.

Bras that are tight, padded, or lacy will leave your breasts feeling constricted, uncomfortable, and sweaty.

Instead, *Metro* explains you should go for something more breathable, like a bralette with no underwire, or a simple cotton bandeau.

9



## Boob Sweat Solution #8: Just Go Braless!



Laura Caseley for LittleThings

Since the best way to keep your breasts sweat-free is to let them breathe, one thing you can consider doing is going braless all day long.

Like switching to a summer bra, ditching bras altogether will give your breasts a chance to air out, especially if you wear loose, flowing clothing.

*Metro* explains that since your bra soaks up a lot of sweat, you might be surprised to find sweat patches on your shirt when you go without a bra.

Are there any great boob-sweat solutions we missed? Let us know in the comments below!

If you're looking forward to summer weather, please **SHARE** this article with your friends and family!

**f    SHARE ON FACEBOOK**